

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-82,437-01

### EX PARTE SHERRON DONDRIEL PHILLIPS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NUMBER CR-566-12-D(1)
### IN THE 206TH DISTRICT COURT
### HIDALGO COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).

Applicant pleaded guilty to possession of marijuana in Hidalgo County and was sentenced to 42 months' imprisonment. The first time applicant's case was reviewed by the Board of Pardons and Paroles (the Board) in August 2014, the Board determined not to release him to parole. Applicant claims that he is entitled to a statement from the Board detailing the reasons his parole was denied.

Since the filing of this application, applicant has been released to parole. Accordingly, applicant's application for writ of habeas corpus is dismissed as moot.

Delivered: December 16, 2015

Do not publish